IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


**KENNETH MYRICK,**

 **Plaintiff,**

v.                 **CASE NO. 5:06cv110/MCR/AK**

**ROBERTA LYNN WISE, et al,**

 **Defendants.**
_____/

**O R D E R**

  This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 13, 2006.  The plaintiff has been furnished a copy of the report and recommendation and afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), the court has made a _de novo_ determination of any portions to which an objection has been made.

  Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

  Accordingly, it is now **ORDERED** as follows:

  1. The magistrate judge's report and recommendation, Doc. 6, is adopted and incorporated by reference in this order.

2. This cause is hereby **DISMISSED WITH PREJUDICE** for lack of jurisdiction.

DONE AND ORDERED this 14th day of August, 2006.


s/ *M. Casey Rodgers*
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE

*Case No: 5:06cv110/MCR/AK*